# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00213-MO |
| v. | **INDICTMENT** |
| **JAMES PAUL ARNOLD,** | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) |
| Defendant. | 18 U.S.C. § 924(c)(1)(A) |
| | **Forfeiture Allegations** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with the Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(A))**

On or about May 8, 2024, within the District of Oregon, defendant **JAMES PAUL ARNOLD** did knowingly possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

//

//

## COUNT 2
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about May 8, 2024, within the District of Oregon, defendant **James Paul Arnold**, did knowingly possess a Smith and Wesson M&P, 9mm handgun, bearing serial number HRX6487, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (as alleged in Count 1);

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 924(c)(1)(A)(i).

## FIRST FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of the offense in Count 1, defendant **JAMES PAUL ARNOLD** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

//

//

//

//

## SECOND FORFEITURE ALLEGATION
(Firearm Offense)

Upon conviction of the offense in Count 2, defendant **JAMES PAUL ARNOLD** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in that offense, and the associated ammunition.

Dated: June 4, 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KATE A. ROCHAT, OSB # 184324
Assistant United States Attorney